UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | HON. STANLEY R. CHESLER |
| --- | --- | --- |
| v. | : | CRIMINAL NO. 12-46 |
| NAPOLEON CHRISTIAN | : | ORDER FOR BAIL MODIFICATION |

This matter having come before the Court on the application of defendant, Napoleon Christian, through his counsel, Kevin F. Carlucci, Esq., Assistant Federal Public Defender, and the United States, by Dara Aquila Govan, Assistant United States Attorney, consenting, for an Order modifying the bail and for good cause shown,

IT IS ON THIS 16 day of May, 2012

ORDERED that the bail condition requiring home detention and electronic monitoring is hereby removed.

IT IS FURTHER ORDERED that all other conditions of bail previously set remain in effect.

HONORABLE STANLEY R. CHESLER
United States District Judge

Consented to:

Dara Aquila Govan, A.U.S.A

Kevin F. Carlucci, AFPD